## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Steven R. Barshinger  
                Debtor(s)

BK NO. 24-00750 HWV

Chapter 13

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Wilmington Trust, National Association not in its individual capacity but solely as Owner Trustee of OSAT Trust 2021-1 and index same on the master mailing list.

                                                      Respectfully submitted,

                                                      /s/ Michael Farrington  
                                                      Michael Farrington  
                                                      01 Apr 2024, 15:26:25, EDT

                                      KML Law Group, P.C.  
                                      BNY Mellon Independence Center  
                                      701 Market Street, Suite 5000  
                                      Philadelphia, PA  19106  
                                      215-627-1322