# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade:

| | |
|---|---|
| Steven R. Barshinger<br>**Debtor 1**<br><br>Consumer Portfolio Services, Inc.<br>**Movant(s)**<br>v.<br>Steven R. Barshinger<br><br>**Respondent(s)**<br>Jack N. Zaharopoulos, Esquire<br>Standing Chapter 13 Trustee<br>**Additional Respondent** | **Chapter** 13<br><br>**Case No.** 1:24-BK-00750-HWV<br><br>**Matter:** Motion for Relief from the Automatic Stay<br><br>**Document No.** 27 |

## DEBTOR(S)' ANSWER TO MOVANT(S)' MOTION
## FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, come the Debtor(s), Steven R. Barshinger, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay and aver as follows:

1. Admitted.

2. Admitted.

3. Paragraph 3 contains a conclusion of law to which no response is required.

4. Admitted.

5. Upon information and belief, the averment as stated in Paragraph 5 is admitted.

6. Upon information and belief, the averment as stated in Paragraph 6 is admitted.

7. Upon information and belief, the averment as stated in Paragraph 7 is admitted.

8. Denied. Debtor(s) are without sufficient knowledge as to the truth of the averment as stated in Paragraph 8; therefore, it is denied.

9. Denied. Debtor(s) are without sufficient knowledge as to the truth of the averment as stated in Paragraph 9; therefore, it is denied.

10. Upon information and belief, the averment as stated in Paragraph 10 is admitted.

11. Paragraph 11 contains a conclusion of law to which no response is required.

WHEREFORE, Debtor(s) requests this Court deny the requested relief.

                                                Respectfully submitted,
                                                **DETHLEFS PYKOSH & MURPHY**

Date: June 30, 2024                                /s/ Paul D. Murphy-Ahles

                                                Paul D. Murphy-Ahles, Esquire
                                                PA ID No. 201207
                                                2132 Market Street
                                                Camp Hill, PA 17011
                                                (717) 975-9446
                                                pmurphy@dplglaw.com
                                                *Attorney for Debtor(s)*

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Steven R. Barshinger<br>**Debtor 1**<br><br>Consumer Portfolio Services, Inc.<br>**Movant(s)**<br>v.<br>Steven R. Barshinger<br><br>**Respondent(s)**<br>Jack N. Zaharopoulos, Esquire<br>Standing Chapter 13 Trustee<br>**Additional Respondent** | **Chapter** 13<br><br>**Case No.** 1:24-BK-00750-HWV<br><br>**Matter:** Motion for Relief from the Automatic Stay<br><br>**Document No.** 27 |

## CERTIFICATE OF SERVICE

I hereby certify that on Sunday, June 30, 2024, I served a true and correct copy of the **Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay** in this proceeding via electronic means upon the following:

Keri Ebeck, Esquire
BERNSTEIN-BURKLEY
601 Grant Street, Floor 9
Pittsburgh, PA 15219
*Counsel for Movant(s)*

Jack N. Zaharopoulos, Esquire
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Office of the United States Trustee
Sylvia H. Rambo United States Courthouse
1501 North Sixth Street, Floor 3
Harrisburg, PA 17102

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire