# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Steven R. Barshinger,      Chapter    13

**Debtor 1**

Case No.    1:24–bk–00750–HWV

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on June 7, 2024. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: July 10, 2024

orcnfpln(05/18)

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Steven R. Barshinger<br>**Debtor 1** | **Chapter** 13<br><br>**Case No.** 1:23-BK-00750-HWV<br><br>**Matter:** Order Confirming Amended Chapter 13 Plan |

# CERTIFICATE OF SERVICE

I hereby certify that on Friday, July 12, 2024, I served a true and correct copy of the **Order Confirming Amended Chapter 13 Plan** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

| Label Matrix for local noticing<br>0314-1<br>Case 1:24-bk-00750-HWV<br>Middle District of Pennsylvania<br>Harrisburg<br>Fri Jun  7 17:05:44 EDT 2024 | U.S. Bankruptcy Court<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102-1104 | Capital One Bank USA<br>PO Box 60285<br>Salt Lake City, UT 84130-0285 |
|---|---|---|
| Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Consumer Portfolio Services<br>PO Box 57071<br>Irvine, CA 92619-7071 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| KML Law Group<br>BNY Mellon Independence Center<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1541 | Karen Barshinger<br>2535 Freysville Road<br>Red Lion, PA 17356-8268 | (p)MISSION LANE LLC<br>PO BOX 105286<br>ATLANTA GA 30348-5286 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division PO BOX 280946<br>Harrisburg, PA 17128-0946 | Select Portfolio Servicing<br>PO Box 65250<br>Salt Lake City, UT 84165-0250 | (p)TFI GROUP LLC<br>ATTN NATALIE YOVIENE<br>PO BOX 1168<br>HAMBURG NY 14075-9168 |
| United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 | Wilmington Trust, National Association at. e<br>c/o Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City UT 84165-0250 | (p)JACK N  ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |
| Paul Donald Murphy-Ahles<br>Dethlefs Pykosh & Murphy<br>2132 Market Street<br>Camp Hill, PA 17011-4706 | Steven R. Barshinger<br>2535 Freysville Road<br>Red Lion, PA 17356-8268 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Jefferson Capital System, LLC<br>PO BOX 7999<br>St. Cloud, MN 56302-9617 | (d)Jefferson Capital Systems<br>16 Mcleland Road<br>PO Box 7999<br>Saint Cloud, MN 56302-9617 | Mission Lane<br>Attn: Bankruptcy<br>P.O. Box 105286<br>Atlanta, GA 30348 |
|---|---|---|
| TFI Group LLC<br>PO Box 1168<br>Hamburg, NY 14075-1407 | Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Wilmington Trust, National Association not

End of Label Matrix
Mailable recipients 16
Bypassed recipients 1
Total 17